**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RALPH ERVIN CRUTCHFIELD, ADC #131669**                     **PETITIONER**

**v.**                             **Case No. 5:19-cv-00348-KGB**

**DEXTER PAYNE**                                            **RESPONDENT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere on November 18, 2019 (Dkt. No. 3). Judge Deere recommends that petitioner Ralph Ervin Crutchfield's petition for a writ of *habeas corpus* be dismissed without prejudice. No objections have been filed, and the time to file objections has passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's conclusion.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 3). The Court dismisses without prejudice Mr. Crutchfield's petition for a writ of *habeas corpus* and denies the relief requested therein (Dkt. No. 1). The Court denies as moot Mr. Crutchfield's motion for leave to proceed *in forma pauperis* (Dkt. No. 2). Finally, the Court declines to issue a certificate of appealability.

It is so ordered this 10th day of April, 2020.

_____
Kristine G. Baker
United States District Judge