THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RALPH ERVIN CRUTCHFIELD, ADC #131669**             **PETITIONER**

v.             Case No. 5:19-cv-00348-KGB

**DEXTER PAYNE**             **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Ralph Ervin Crutchfield's petition for a writ of *habeas corpus* without prejudice and denies the requested relief.

It is so adjudged this 10th day of April, 2020.

_____
Kristine G. Baker
United States District Judge